PAUL MURRAY *v.* RODERICK G. TAYLOR ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 65 Conn. App. 300 (AC 19569), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William C. Franklin*, in support of the petition.

*Edward F. Hennessey*, in opposition.

Decided October 10, 2001

KRISTINE PINCHBECK *v.* DEPARTMENT OF PUBLIC HEALTH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 201 (AC 20125), is denied.

*Thomas E. Crosby*, in support of the petition.

*Marjorie Shansky* and *Marianne I. Horn*, assistant attorney general, in opposition.

Decided October 10, 2001